No. 15,577.

SLOSS *v.* McKELVY ET AL.
(184 P. [2d] 870)

Decided September 15, 1947.

PER CURIAM.

Judgment affirmed in department without written

opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE LUXFORD, participating.

Mr. M. W. SPAULDING, for plaintiff in error.

Messrs. BARKER & WEBSTER, for defendant in error McKelvy.

Mr. W. E. SPANGLER, for defendant in error Sloss.